IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Branden Pete,<br><br>       Petitioner,<br><br>  v.<br><br>USA,<br><br>       Respondent. | CASE NO:<br>CV–13–08149–PCT–GMS (DKD)<br><br>(CR–03–00355–PCT–GMS)<br><br><br>**NOTICE OF ASSIGNMENT** |

    On June 7, 2013, Petitioner filed a pro se Motion to Vacate which has been assigned the case number listed above. This case has been assigned to District Court Judge G Murray Snow and has been referred to Magistrate Judge David K Duncan (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

    DATED this 7th day of June, 2013.

                                  *s/Brian D. Karth*

                                  Brian D. Karth
                                  District Court Executive/Clerk

cc: Petitioner

|    |                                                                                           |
|----|-------------------------------------------------------------------------------------------|
| 1  | WARNING!                                                                                  |
| 2  | Failure to comply with the following rules will result in your document being STRICKEN   |
| 3  | and/or your case being DISMISSED:                                                         |
| 4  | (1)  You must file a Notice of Change of Address if your address changes.                 |
| 5  | (2)  You must correctly label any further documents with the above assigned               |
| 6  |      caption and case numbers. LRCiv 7.1(a).                                              |
| 7  | (3)  You must sign your name and date every document you file. FED. R. CIV. P. 11.        |
| 8  | (4)  If applicable, you must provide an original and one copy of any document to          |
| 9  |      be filed. If you request a conformed copy, you must provide an original              |
| 10 |      and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers.             |
| 11 | (5)  If applicable, you must mail copies of every document you file to all respondents.   |
| 12 |      or their attorneys, FED. R. CIV. P. 5(a), and every document you file                |
| 13 |      must include a certificate stating the date a copy of the document was mailed        |
| 14 |      to respondents or their attorneys. This does not apply to prisoner e−filers.         |
| 15 | (6)  The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.   |