IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Branden Pete,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>USA,<br><br>　　　　Respondent. | CASE NO:<br>CV–13–08149–PCT–RCB (DKD)<br><br>(CR–03–00355–PCT–GMS)<br><br>**NOTICE OF ASSIGNMENT** |

　　On June 11, 2013, Petitioner filed a pro se Motion to Vacate which has been assigned the case number listed above. This case has been assigned to District Court Judge Robert C Broomfield and has been referred to Magistrate Judge David K Duncan (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

　　DATED this 11th day of June, 2013.

　　　　　　　　　　　　　　　　*s/Brian D. Karth*
　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　District Court Executive/Clerk

cc: Petitioner

|   |   |
|---|---|
| 1 | WARNING! |
| 2 | Failure to comply with the following rules will result in your document being STRICKEN |
| 3 | and/or your case being DISMISSED: |
| 4 | (1) You must file a Notice of Change of Address if your address changes. |
| 5 | (2) You must correctly label any further documents with the above assigned |
| 6 | caption and case numbers. LRCiv 7.1(a). |
| 7 | (3) You must sign your name and date every document you file. FED. R. CIV. P. 11. |
| 8 | (4) If applicable, you must provide an original and one copy of any document to |
| 9 | be filed. If you request a conformed copy, you must provide an original |
| 10 | and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers. |
| 11 | (5) If applicable, you must mail copies of every document you file to all respondents. |
| 12 | or their attorneys, FED. R. CIV. P. 5(a), and every document you file |
| 13 | must include a certificate stating the date a copy of the document was mailed |
| 14 | to respondents or their attorneys. This does not apply to prisoner e−filers. |
| 15 | (6) The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |