IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Branden Pete,<br><br>                Defendant/Movant. | No. CV-13-8149-PCT-RCB (DKD)<br>     CR-03-0355-PCT-RCB<br><br>**ORDER** |

Upon the motion of the United States of America, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Government's Motion for Enlargement of Time Limitations (Doc. 9).

**IT IS FURTHER ORDERED** that the United States' response to Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed pursuant to 28 U.S.C. § 2255 is due November 27, 2013.

Dated this 23rd day of October, 2013.

_____
David K. Duncan
United States Magistrate Judge