# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | **JUDGMENT** |
| | ) | |
| Plaintiff/Respondent, | ) | CR-03-0355-PCT-RCB |
| | ) | CV-13-8149-PCT RCB |
| v. | ) | |
| | ) | |
| Brenden Pete, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that per the Court's Order filed January 9, 2014, defendant's motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence is granted and this hereby terminates the civil action.

BRIAN D. KARTH
District Court Executive/Clerk

January 9, 2014

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)